RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE _____
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SAMUEL CULOTTA (D.O.C. #199539)   DOCKET NO. 10-CV-1690; SEC. P

VERSUS                             JUDGE DEE D. DRELL

JAMES LEBLANC, ET AL.              MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 2nd day of March, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE